```
                                    FILED

                                    May 16, 2012
                                 CLERK, US DISTRICT COURT
                                 EASTERN DISTRICT OF
                                    CALIFORNIA

                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:12MJ00125-GGH-10 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| STEVEN ADGATE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ___STEVEN ADGATE___ , Case No. _

_2:12MJ00125-GGH-10_ , Charge _21USC § 841(a)(1), 846_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

   ___  Unsecured Appearance Bond

   ___  Appearance Bond with 10% Deposit

   ___  Appearance Bond with Surety

   ___  Corporate Surety Bail Bond

   _✔_  (Other)      _Pretrial conditions as stated on the record._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 16, 2012_  at _2:00 pm_ .


By   /s/ Gregory G. Hollows_____
   Gregory G. Hollows
   United States Magistrate Judge

Copy 5 - Court