FILED

May 16, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
STEVEN ADGATE, )
)
      Defendant. )

Case No. 2:12MJ00125-GGH-10

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   __STEVEN ADGATE__ , Case No. _

__2:12MJ00125-GGH-10__ , Charge __21USC § 841(a)(1), 846__ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   __  Release on Personal Recognizance

   __   __  Bail Posted in the Sum of $_____

      __   __  Unsecured Appearance Bond

      __   __  Appearance Bond with 10% Deposit

      __   __  Appearance Bond with Surety

      __   __  Corporate Surety Bail Bond

      ✔  (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 16, 2012_ at _2:00 pm_ .

By  _/s/ Gregory G. Hollows_____

      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court